**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ROBERT JACK ZELLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. EDCV 19-01234-AS<br><br><br>**JUDGMENT** |

　　IT IS ADJUDGED that this action is DISMISSED with prejudice.

　　DATED: November 20, 2020

```
                              /s/
                          ALKA SAGAR
                  UNITED STATES MAGISTRATE JUDGE
```